JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 14-1469 JVS (DFMx)                Date   October 3, 2014

Title   Persolve, LLC v. Szanto

---

Present: The
Honorable          James V. Selna

Karla J. Tunis                                          Not Present
Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                          Not Present

**Proceedings:**   (IN CHAMBERS) Order Remanding Action to the Superior Court of the
State of California for the County of Orange

Following a preliminary review of the jurisdictional allegations in the Notice
of Removal ("Notice") filed September 11, 2014 by Peter Szanto ("Szanto"), the Court
ordered Szanto to file an amended Notice identifying the members of plaintiff Persolve,
LLC and to support his claim that the jurisdictional amount is in excess of $75,000.
(Docket No. 7.)

On October 2, 2014, Szanto filed his Response to Order to Show Cause
Regarding Complete Diversity and Amount in Controversy ("Response").  (Docket No.
8.)  Szanto has identified the members of Persolve, LLC, and the Court is satisfied that
complete diversity exists.

The Court finds that the amount in controversy has not been met.  The cover
of the removal petition identifies a single Orange County Superior Court action in which
the amount in controversy is $20,001.70.  In his response, he notes that he attached a
second Orange County Superior Court action in which the amount in controversy is
$18,426.56.  (Response, Ex. B, p. B-5.)  Assuming that this second action was properly
removed, the total is still short of the $75,000 requirement.[1]

Szanto also attaches documents from two District of Nevada Bankruptcy

---

[1]This also assumes that the amounts in two separate actions may be aggregated.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 14-1469 JVS (DFMx)                      Date   October 3, 2014

Title      Persolve, LLC v. Szanto

Proceedings.   (Id., Ex. B-9, B-15.)  He includes these in asserting that the amount in controversy is $92,817.44.  (Response, p. 3.)  However, the Bankruptcy Proceedings are not removable under 28 U.S.C. § 1441, and Szanto provides not other basis for either removing these proceedings or including the them in determining the amount in controversy.  Moreover, if these claims were removable at all, it would be to the District of Nevada, not this Court.

        The case is remanded to the Superior Court for the State of California, County of Orange for lack of jurisdiction in light of Szanto's failure to meet the statutory minimum amount in controversy.  28 U.S.C. § 1332.

                                                                          :        00

                                        Initials of Preparer        kjt